CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
11/30/2020
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
        DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| TAMMY J., o/b/o H.J., *Plaintiff*, v. ANDREW SAUL, *Commissioner, Social Security Administration*, *Defendant*. | CASE NO. 6:19-cv-00046 ORDER JUDGE NORMAN K. MOON |

This matter is before the Court on the plaintiff's motion for summary judgment, Dkt. 14, the defendant's motion for summary judgment, Dkt. 18, the Report & Recommendation of United States Magistrate Judge Robert S. Ballou, Dkt. 22 ("R&R"), the plaintiff's objections to the R&R, Dkt. 23, and the defendant's response thereto, Dkt. 24.

For the reasons set forth in the accompanying memorandum opinion, it is **ORDERED** that the defendant's motion for summary judgment is **GRANTED**, Dkt. 18, the plaintiff's motion for summary judgment is **DENIED**, Dkt. 14, the R&R is **ADOPTED in its entirety**, Dkt. 22, and the plaintiff's objections to the R&R are **OVERRULED**, Dkt. 23. The Clerk of Court is directed to strike this case from the Court's active docket.

The Clerk of Court is directed to send this Order to all counsel of record.

ENTERED this __30th__ day of November, 2020.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE